UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

Acknowledged
TWP
October 14, 2025

| | |
|---|---|
| **RODGER JENKINS,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CASE NO. 4:25-cv-00025-TWP-KMB |
| | ) |
| **ESTES WASTE SOLUTIONS, LLC,** | ) |
| **and ESTES EXCAVATING INC.,** | ) |
| | ) |
| Defendant. | ) |

### JOINT STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff, Rodger Jenkins, Defendant, Estes Waste Solutions, LLC, and Defendant, Estes Excavating Inc., hereby stipulate that the above-styled action be dismissed with prejudice, with each party to bear its own costs and fees.

Respectfully submitted,

/s/ *Lauren E. Berger*
Lauren E. Berger
BIESECKER DUTKANYCH & MACER, LLC
411 Main Street
Evansville, IN  47708
Telephone:  812.424.1000
Facsimile:   812.424.1005
E-mail:  lberger@bdlegal.com


Attorneys for Plaintiff

/s/  *Gregory M. Reger (with permission)*
Gregory M. Reger
J. David Agnew
Olivia G. Schear
LORCH NAVILLE WARD LLC
506 State Street, P O Box 1343
New Albany IN 47151-1343
Email:  greger@LNWLegal.com
dagnew@LNWLegal.com
oschear@LNWLegal.com
Attorneys for Defendant, Estes Waste Solutions

1

|  |  |
|---|---|
| Dated: October 13, 2025 | */s/   Angela L. Freel (with permission)*<br>Angela L. Freel<br>Chad J. Sullivan<br>JACKSON KELLY PLLC<br>20 N.W. Third Street, Suite 700<br>P. O. Box 1507<br>Evansville, Indiana 47706-1507<br>E-mail:  alfreel@jacksonkelly.com<br>cjsullivan@jacksonkelly.com<br>Telephone:  (812) 422-9444<br>Facsimile:  (812) 421-7459<br>*Attorneys for Defendant, Estes Excavating, Inc.* |